STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS**, *etc.*,<br><br>Plaintiff,<br><br>v.<br><br>**KAREN BASS**, *et al.*,<br><br>Defendants. | **STATEMENT OF RELATED CASES** |

 The instant action is related to at least the following actions: 20-2291-DOC; 21-6003-DOC; 21-6109-DOC; 21-7596-DOC; 21-7305-DOC; 21-8783-DOC; 21-09112-DOC, 22-3533-DOC, and 22-8010-DOC.

Respectfully submitted,

**YAGMAN + REICHMANN, LLP**

By: *Stephen Yagman*
**STEPHEN YAGMAN**

1