# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of City of Los Angeles Who Are Un-Housed<br><br>v.<br><br>Karen Bass et al.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cv-09320-AB-MAA<br><br>**ORDER TRANSFERRING CIVIL ACTION** |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge ___David O. Carter___ for all further proceedings.

| | |
|---|---|
| January 16, 2025<br>Date | _/s/ David O. Carter_<br>United States District Judge |
| January 16, 2025<br>Date | _/s/ [signature]_<br>United States District Judge |

### NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials ___DOC___ after the case number, so that the case number will read ___2:24-cv-09320-DOC___. This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☑ *Previous Judge*   ☑ *Statistics Clerk*

CV-29 (06/23)                           ORDER TRANSFERRING CIVIL ACTION