**EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

| | |
|---|---|
| **Case No.:** | 2:24-cv-09320 DOC (MAAx) |
| **Case Name:** | People of City of LA Who are Un-Housed, etc. v. Karen Bass, etc. |

| Event | Plaintiff's Request month/day/year | Defendant's Request month/day/year | Agreed Upon Date or Court Ordered Date |
|---|---|---|---|
| ☒ Jury Trial<br>–OR–<br>☐ Bench Trial<br>**(Tuesdays at 8:30 a.m.)** | | May 12, 2026 | |
| Est. Length (days) | | 3-4 days | |
| Final Pretrial Conference [L.R. 16]<br>**(Mondays at 8:30 a.m.)** | | April 27, 2026 | |
| Hearing on Dispositive Motions<br>**(Mondays at 8:30 a.m.)** | | March 16, 2026 | |
| Cut-Off Date for All Fact Discovery | | February 2, 2026 | |
| Deadline for Settlement Conference | | February 2, 2026 | |
| Initial Expert Disclosure Deadline *(if applicable)* | | February 2, 2026 | |
| Rebuttal Expert Disclosure *(if applicable)* | | March 2, 2026 | |
| ADR [L.R. 16-15] Settlement Procedure Choice | ☐ 1 Magistrate Judge<br>☐ 2 Mediation Panel<br>☐ 3 Private Mediation | ☐ 1 Magistrate Judge<br>☒ 2 Mediation Panel<br>☐ 3 Private Mediation | ☐ 1 Magistrate Judge<br>☐ 2 Mediation Panel<br>☐ 3 Private Mediation |