STEPHEN YAGMAN (SBN 69737)
filing@yagmanlaw.net
(for filings only)
YAGMAN + REICHMANN, LLP
333 Washington Boulevard
Venice Beach, California 90292-5152
(310)452-3200

Presented on behalf of Plaintiff and
Class Representative D. JACOBS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS**, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>Plaintiff,<br><br>v.<br><br>**KAREN BASS,** *et al*,<br><br>Defendants. | 2:24-CV-09320-DOC-MAAx<br><br>[Proposed]<br>**ORDER**<br><br>**ON MOTION FOR PARTIAL SUMMARY JUDGMENT ON ISSUES F EXCESSIVE FORCE AND OF MALIICIOUS PROSECUTION**<br><br>June 2, 2025<br>8:30 a.m.<br>Courtroom 10A<br><br>Judge David O. Carter |

**IT HEREBY IS ORDERED, ADJUDGED, AND DECREED** that the Uncontroverted Facts and Conclusions of Law rendered herewith be made, filed, and entered.

June 2, 2025                                      _____

**DAVID O. CARTER**
United States District Judge

1