**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendant*, MONIQUE CONTRERAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>　　　　　　Plaintiffs.<br><br>　　v.<br><br>KAREN BASS, ERIC MICHAEL GARCETTI, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, KATY YAROSLAVSKY, IMELDA PADILLA, MONICA RODRIGUEZ, MARQUEECE-HARRIS-DAWSON, JOHN LEE, CURREN PRICE, HEATHER HUTT, TRACI PARK, HUGO SOTO-MARTINEZ, KEVIN DE LEON, TIM Mc OSKER, MONIQUE CONTRERAS, 1"DOE" BROWN, ONE HUNDRED UNKNOWN NAMED DEFENDANTS, 1-100,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-09320 DOC (MAAx)<br>*Assisgned to: Hon. Judge David O. Carter, Ronald Reagan Cthse, Ctrm 10A; Hon. Mag. Maria A. Audero, Roybal Bldg, Ctrm. 880*<br><br>**DEFENDANT MONIQUE CONTRERAS'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW ON MOTION FOR "PARTIAL SUMMARY JUDGMENT ON ISSUES F EXCESSIVE FORCE AND OF MALIICIOUS PROSECUTION"; ADDITIONAL GENUINE ISSUES OF MATERIAL FACT**<br><br>[Filed concurrently with Opposition to Plaintiffs' Motion for Partial Summary Judgment; Declaration of Eric Melendez and Exhibits; Request for Judicial Notice and Exhibits; Notice of Lodging]<br><br>DATE:　June 2, 2025<br>TIME:　8:30 AM<br>CTRM:　10A |

**TO THE ABOVE-ENTITLED COURT, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Defendant Monique Contreras hereby submits her Objections and Responses to Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law On Motion for "Partial Summary Judgment on Issues f Excessive Force and Maliicious Prosecution".

Additionally, Defendant respectfully also submits her Statement of Additional Genuine Issues of Material Fact.

Dated: May 12, 2025        **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____*Ty A. Ford*_____
TY A. FORD, Deputy City Attorney
*Attorneys for Defendant,* MONIQUE CONTRERAS

**UNCONTROVERTED FACTS**

| Plaintiffs' Undisputed Material Facts | Opposing Party's Response and Supporting Evidence |
|---|---|
| 1. On Sept. 2, 2024 defendant Monique Contreras "jabbed" plaintiff David Jacobs with her nightstick. Declaration of David Jacobs, ¶ 3. | Objection: Lacks foundation, Misstates the evidence, Argumentative, Self-serving statement.<br><br>Without waiving said objections and subject to them, Disputed. *See* **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV ("BWV") of Contreras]; **Exhibit "3"** [BWV of Chavez]; **Exhibit "4"** [BWV of Espinoza] |
| 2. There is no evidence that Jacobs posed any danger to Contreras or others. | Objection: Lacks foundation, Misstates the evidence, Argumentative, Self-serving statement.<br><br>Without waiving said objections and subject to them, Disputed. *See* **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "3"** [BWV of Chavez]; **Exhibit "4"** [BWV of Espinoza]; **Exhibit "5"** [Criminal Complaint] |
| 3. On Sept. 2, 2024, Contreras, without probable cause to do so and with malice, initiated criminal charges for violation of Cal. Penal Code § 245(c) against Jacobs. | Objection: Lacks foundation, Misstates the evidence, Argumentative, Self-serving statement. |

| | |
|---|---|
| *Id.* at ¶ 2. | Without waiving said objections and subject to them, Disputed. *See* **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "3"** [BWV of Chavez]; **Exhibit "4"** [BWV of Espinoza]; **Exhibit "5"** [Criminal Complaint] |
| 4. Those charges were dismissed on Oct. 22, 2024.<br>*Ibid.* | Objection: Lacks foundation, Misstates the evidence, Argumentative, Self-serving statement.<br><br>Without waiving said objections and subject to them, Disputed. *See* **Exhibit "9"** [Mental Health Court minute order dated 10/23/24] |
| 5. As a result of those charges, plaintiff was held in the Los Angeles County Jail from Sept. 22, 2024 to Oct. 22, 2024.<br>*Ibid.* | Objection: Lacks foundation, Misstates the evidence, Argumentative, Self-serving statement.<br><br>Without waiving said objections and subject to them, Disputed. *See* **Exhibit "6"** [Criminal court minute order dated 09/04/24]; **Exhibit "7"** [Mental Health Court minute order dated 09/18/24]; **Exhibit "9"** [Mental Health Court minute order dated 10/23/24] |

# DEFENDANT'S STATEMENT OF ADDITIONAL GENUINE ISSUES OF MATERIAL FACT

| Defendants' Additional Material Facts | Defendants' Supporting Evidence |
|---|---|
| 1.   On September 2, 2024, Officer Contreras and Officer Brown and driving in a marked black and white police SUV. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:48:46[1] and 14:49:23. |
| 2.   Officer Contreras, who is shorter than Officer Brown, was wearing a full police uniform and a body-worn camera which captured part of the incident. | **Exhibit "2"** [BWV of Contreras]; **Exhibit "3"** [BWV of Chavez] at 14:52:44 and 14:54:05. |
| 3.   Officer Brown also was wearing a full police uniform but was not wearing a body-worn camera. | **Exhibit "2"** [BWV of Contreras] at 14:48:59 to 14:50:38 and 14:55:40; **Exhibit "3"** [BWV of Chavez] at 14:52:44 and 14:55:40; **Exhibit "4"** [BWV of Espinoza] at 15:01:38 to 15:01:51. |
| 4.   Officer Contreras and Officer Brown observed Plaintiff's tent erected on a sidewalk within 500 feet of a school in violation of Los Angeles Municipal Code ("LAMC") section 41.18(e). | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "5"** [Criminal Complaint]. |
| 5.   Officer Contreras recognized Plaintiff's tent and knew that he previously had been warned, cited and | **Exhibit "1"** [Arrest Report], p. 2. |

---

[1]   All times referenced from the Body Worn Videos ("BWV") are the military times indicated in the top right corner of each video.

5

| | | |
|---|---|---|
| 1<br>2 | booked for violating LAMC section 41.18(e). | |
| 3<br>4 | 6. The Officers parked and exited their police vehicle to investigate. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]. |
| 5<br>6<br>7 | 7. The Officers approached Plaintiff's tent and asked him to exit his tent. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:48:50 to 14:50:35. |
| 8<br>9<br>10<br>11 | 8. However, Plaintiff opened the flap of the tent and sprayed them with pepper spray. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:50:36 to 14:50:56; **Exhibit "5"** [Criminal Complaint]. |
| 12<br>13<br>14<br>15<br>16 | 9. Plaintiff, who was wearing only shorts and no shirt, then ran from his tent and continued to pepper spray towards the officers as they tried to approach him. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:50:55 to 14:51:30; **Exhibit "3"** [BWV of Chavez] at 14:52:51; **Exhibit "5"** [Criminal Complaint]. |
| 17<br>18<br>19<br>20 | 10. Plaintiff also ran into the street to their police vehicle and pepper sprayed it. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:51:31 to 14:51:39; **Exhibit "5"** [Criminal Complaint]. |
| 21<br>22 | 11. The Officers requested back-up to assist. | **Exhibit "1"** [Arrest Report], p. 2. |
| 23<br>24<br>25<br>26 | 12. Plaintiff then fled from the area and the Officers chased him on foot. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:52:43; **Exhibit "3"** [BWV of Chavez] at 14:52:48. |
| 27<br>28 | 13. Additional officers responded and | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit** |

| | |
|---|---|
| eventually took Plaintiff into custody. | **"2"** [BWV of Contreras] at 14:53:12 to 14:xx; **Exhibit "3"** [BWV of Chavez] at 14:55:38; **Exhibit "4"** [BWV of Espinoza] at 14:56:29. |
| 14.   After he was taken into custody and prior to being transported from the scene, Plaintiff admitted that he sprayed the Officers with pepper spray. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "4"** [BWV of Espinoza] at 14:58:24 to 15:00:29. |
| 15.   Plaintiff was arrested for violating California Penal Code section 245(c) [assault with a deadly weapon on a peace officer]. | **Exhibit "1"** [Arrest Report], p. 2. |
| 16.   Plaintiff did not have any visible injuries on his person and no injuries were reported. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "4"** [BWV of Espinoza] at 14:56:29 to 15:05:33. |
| 17.   Officer Contreras did not draw her police baton during the incident, and did not strike or make physical contact with Plaintiff. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "3"** [BWV of Chavez]; **Exhibit "4"** [BWV of Espinoza]. |
| 18.   On September 4, 2024, the City Attorney's Office filed a misdemeanor complaint, that is signed by the prosecuting Deputy City Attorney, against Plaintiff charging him with violations of California Penal Code sections 148(a)(1) [resisting, delaying or | **Exhibit "5"** [Criminal Complaint]. |

| | |
|---|---|
| obstructing officer], 240/241(c) [assault on peace officer], 22810(g)(1) [unlawful use of tear gas] and LAMC section 41.18(e) [sitting/sleeping/lying on sidewalk within 500 feet of school/daycare]. | |
| 19. Plaintiff appeared in court on September 4, 2024, for an arraignment and plea hearing. | **Exhibit "6"** [Criminal court minute order dated 09/04/24]. |
| 20. At the Arraignment hearing, Plaintiff's mental competency was called into question, the criminal proceedings were suspended, and a psychiatrist was appointed to evaluate Plaintiff's competency. | **Exhibit "6"** [Criminal court minute order dated 09/04/24]. |
| 21. The matter was then transferred to the state court's Mental Health Division for further proceedings. | **Exhibit "6"** [Criminal court minute order dated 09/04/24]; **Exhibit "7"** [Mental Health Court minute order dated 09/18/24]. |
| 22. After evaluation, the Mental Health Division granted Plaintiff diversion on all charges with certain mental health treatment conditions and ordered him conditionally released on October 2, 2024. | **Exhibit "8"** [Mental Health Court minute order dated 10/02/24]. |
| 23. All charges were ultimately dismissed pursuant to Penal Code section 1385 (interest of justice) on October 23, | **Exhibit "9"** [Mental Health Court minute order dated 10/23/24]. |

8

| | |
|---|---|
| 2024. | |
| 24. No LAPD police officers, including Officer Contreras, were involved in or had any input in the court process in any manner. | **Exhibit "5"** [Criminal Complaint]. |

Dated: May 12, 2025

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Ty A. Ford*
TY A. FORD, Deputy City Attorney
*Attorneys for Defendant,* MONIQUE CONTRERAS