**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendant*, MONIQUE CONTRERAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>Plaintiffs.<br><br>v.<br><br>KAREN BASS, ERIC MICHAEL GARCETTI, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, KATY YAROSLAVSKY, IMELDA PADILLA, MONICA RODRIGUEZ, MARQUEECE-HARRIS-DAWSON, JOHN LEE, CURREN PRICE, HEATHER HUTT, TRACI PARK, HUGO SOTO-MARTINEZ, KEVIN DE LEON, TIM Mc OSKER, MONIQUE CONTRERAS, 1"DOE" BROWN, ONE HUNDRED UNKNOWN NAMED DEFENDANTS, 1-100,<br><br>Defendants. | CASE NO. 2:24-cv-09320 DOC (MAAx)<br>*Assigned to: Hon. Judge David O. Carter, Ronald Reagan Cthse, Ctrm 10A; Hon. Mag. Maria A. Audero, Roybal Bldg, Ctrm. 880*<br><br>**DECLARATION OF DETECTIVE ERIC MELENDEZ AND EXHIBITS IN SUPPORT OF DEFENDANT MONIQUE CONTRERAS'S OPPOSITION TO PLAINTIFF'S MOTION FOR "PARTIAL SUMMARY JUDGMENT ON ISSUES F EXCESSIVE FORCE AND OF MALIICIOUS PROSECUTION"**<br><br>[Filed concurrently with Opposition to Plaintiffs' Motion for Partial Summary Judgment; Objections to Statement of Uncontroverted Facts and Conclusions of Law and Additional Genuine Issues of Material Fact; Request for Judicial Notice and Exhibits; Notice of Lodging]<br><br>DATE:    June 2, 2025<br>TIME:    8:30 AM<br>CTRM:   10A |

///

///

1

# DECLARATION OF DETECTIVE ERIC MELENDEZ

I, ERIC MELENDEZ, declare as follows:

1. I am employed with the Los Angeles Police Department ("LAPD"). I currently hold the rank of Detective II and am assigned to the Risk Management and Legal Affairs Division. I have personal knowledge of the information set forth below, except those things set forth on information and belief, and as to those things, I believe them to be true.

2. One of my duties is to assist the attorneys handling civil litigation matters involving the LAPD with obtaining materials from the LAPD.

3. In the matter of the *PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, et al*, United States District Court Case No. 2:24-cv-09320 DOC (MAAx), I was tasked with obtaining copies of the involved LAPD officers' Body Worn Videos, reports, and other materials related to this incident. In this capacity, I downloaded videos and documents from the computer servers which store this information and to which I have access because I am a sworn member of the LAPD.

5. Attached hereto as **Exhibit "1"** is a true and correct copy of the Los Angeles Police Department Arrest Report of David Jacobs, a transient, for an incident that occurred on September 2, 2024.

6. Below is a list of the body worn videos that I downloaded, and which are being submitted as exhibits in support of Defendant Contreras's Opposition to Plaintiff's Motion for Partial Summary Judgment. True and correct copies of these videos are being submitted with a separate Notice of Lodging.

| EXHIBIT NO. | TITLE |
|---|---|
| 2 | Officer Contreras's Body Worn Video |
| 3 | Officer Chavez's Body Worn Video |

2

| EXHIBIT NO. | TITLE |
|---|---|
| 4 | Officer Espinoza's Body Worn Video |

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 12th day of May 2025 at Los Angeles, California

*Eric Melendez, Declarant*