# EXHIBIT 1

# ARREST REPORT

| | | |
|---|---|---|
| 6876805 | NO | |

**ARRESTEE'S LAST NAME:** JACOBS  **FIRST:** DAVID  **MIDDLE:**  **SUF.:**
**CASE #** 24056196  **INC #** PD24090200002574
**CII** A38872594
**ADDRESS:** 1942 Trans
**CITY:** Venice  **90291**  **STATE:** CA
**MAIN:**  **FBI** 520402VC6
**SEX:** M  **DESCENT:** W  **HAIR:** BRO  **EYES:** BRO  **HEIGHT:** 5' 5"  **WEIGHT:** 110  **BIRTHDATE:** [REDACTED]  **AGE:** 39
**CDC #:**  **PROBATION #:**
**VEH LIC. NO.:**  **STATE:**  **R.D.:**  **AKA:**
**A.I.** ☐ **CWWS** ☐ **WARR** ☐ **AJIS** ☐ **RLSE** ☐ **PAC** ☐ **AWDI** ☐

**ADMONITION OF RIGHTS** (WHEN APPLICABLE)
THE ADMONITION OF RIGHTS AS READ VERBATIM PER FORM 15.03.00 BY:

**BIRTHPLACE (CITY/COUNTY/STATE/COUNTRY):**  **PROB. INV. UNIT:**  **JUV DETAINED AT:**  **AD. CHG:** 0
**NAME:**  **SERIAL NO.:**
**DIVISION:** 14 - PACIFIC  **DETAIL ARRESTING:**  **DATE ARRESTED:**  **TIME ARR.:**  **TIME BKD.:**
**UNDERSTOOD RIGHTS?** ☐ YES ☐ NO
**LOCATION OF ARREST:**  **BAIL:** $  **TOTAL BAIL:** $0  **WARRANT:**
**RIGHTS INVOKED?** ☐ YES ☐ NO
**STATEMENT MADE?** ☐ YES ☐ NO
**TYP:**  **CHARGE & CODE:**  **DEFINITION:**

**ADDITIONAL CHARGES:**  **SOCIAL SECURITY NO.:**
**ARRAIGN. DATE:**  **TIME:**  **COURT:**  **LOCATION CRIME COMMITED:** WESTMINSTER / MAIN VEN, CA 90291  **R.D.:** 1431  **RESIDENCE PHONE NO.:** M (999) 999-9999
**EMPLOYER / SCHOOL:** UNEMPLOYED
**OCCUPATION/GRADE:**  **PHY. ODD.:**
**CLOTHING WORN:** GREEN SHORTS, WHT SOCKS
**EXACT LOCATION / DISPOSITION ARRESTEES VEHICLE:**  **HOLD FOR:**
**LIST CONNECTING RPTS. BY TYPE & IDENTIFYING NOS.:** AFDR #33398311
**VEHICLE USED:**  **PASSENGERS:** M☐ F☐
**COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED:** SEE NARRATIVE
**DRIVING VEH. (DIR & NAME OF STREET) AT OR BETWEEN STREETS:** SEE NARRATIVE  **RETAINED:** $  **DEPOSITED:** $

## INVOLVED PERSONS

Code: V: VICTIM  W: WITNESS  P/A: ARRESTING PRIVATE PERS.  TO: TRUE OWNER  R: PERSON RPTG.  459: S - PERSON SECURING / D - PERSON DISCOVERING  JUV: P - BOTH PARENTS / G - GUARDIAN

| | NAME | V&W'S | SEX | DESCENT | D.O.B. | ADDRESS | CITY | ZIP | PHONE | X |
|---|---|---|---|---|---|---|---|---|---|---|
| W1 | DELPH, CLAY | | M | W | [REDACTED] | R: 1942 TRANS VENICE, CA 90291 | | | CELL PHONE (424) 413-7181 | |
| | DRIVER LICENSE NO.: Y7363349 CA | | | | | B:  E-MAIL ADDRESS | | | | |
| W2 | GOTO, JUN | | M | O | [REDACTED] | R: 1942 TRANS VENICE, CA 90291 | | | CELL PHONE (424) 413-7181 | |
| | DRIVER LICENSE NO.: B8163463 CA | | | | | B:  E-MAIL ADDRESS | | | | |
| | | | | | | R:  B:  E-MAIL ADDRESS | | | CELL PHONE | |

**COMBINED CRIME REPORT** - IF MULTI ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET
**TYPE OFFENSE:** 245(C) - PC - F - ADW ON P.O./FIREFIGHTER - (NON-FIREARM) - 13A
**VICT'S OCCUPATION:** POLICE OFFICER

**DATE AND TIME CRIME OCCURRED:** 9/2/2024 3:11:00 PM
**TYPE PROPERTY:** SEE NARRATIVE
**TOTAL:** $  **EST. DAMAGE:** $  **TYPE OF PREMISES:** SIDEWALK

**459 / BFV ONLY-POINT AND METHOD OF ENTRY:**
**WEAPON / FORCE / INSTRUMENT USED:** PEPPER SPRAY
**TFV / BFV ONLY-VICT'S VEH.:**

**MO (UNIQUE ACTIONS):** SUSPECT PEPPER SPRAYED LAPD OFFICERS

☐ THREAT OF SCHOOL VIOLENCE  ☐ TRANSIT-RELATED INCIDENT  PREMISES:  ☐ GANG RELATED  ☐ MOTIVATED BY HATRED / PREJUDICE  ☐ DOMESTIC VIOLENCE  ☒ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

**APPROVAL/REPORTING OFFICERS:**
**SUPERVISOR APPROVING REPORT:** SGT 2 DOUGLAS  **SERIAL NO.:** 39544
**RAP SHEET ATTACHED:** ☐ Y ☐ N
**REPORTING OFFICER(S):** CONTRERAS  **SERIAL NO:** 38228  **DIV & DETAIL:** 14Q23-W4  **VACATION:**
**DATE & TIME REPRODUCED:**  **DIV.:**  **CLERK:**  (P.P. ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE) BROWN 38393

**JUVENILE DISPO.** Petition Request:  ☐ DETAINED  ☐ RELEASED  ☐ NON-BOOK  ☐ NON-BOOK WARR.  **INVEST. OFCR.:**  **SERIAL NO.:**  **DIV.:**
**FINAL CHARGE, IF DIFFERENT THAN ORIGINAL:**  IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL  **PROPERTY BOOKED?** ☐ Y ☐ N  IF YES, 10.08.00 COMPLETED ☐ Y ☐ N  **SUPERVISOR APPROVING:**  **SERIAL NO.:**
**JUV. COORD. REVIEWING:**  **SERIAL NO.:**

| 11 ☐ C&R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 18 ☐ JUV. TRF. MISD. | 16 ☐ DCFS |
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | ☐ OTHER |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 05 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | |

**DATE/TIME DISPO. REPROD.:**  **DIV/CLERK:**

Exhibit 1 - Page 1 of 3

ADDITIONAL VICTIMS NARRATIVE

**SOURCE OF ACTIVITY:**

ON SEPTEMBER 02, 2024, AT APPROXIMATELY 1110 HRS., I OFFICER BROWN #38393 AND MY PARTNER OFFICER CONTRERAS #38228 WERE WORKING UNIT 14Q23-W4. WE WERE IN FULL UNIFORM, DRIVING A MARKED BLACK AND WHITE POLICE VEHICLE. WE WERE CONDUCTING EXTRA PATROL IN THE AREA DUE TO COMMUNITY COMPLAINTS REGARDING ENCAMPMENTS BEING ERECTED WITHIN 500 FT. OF A SCHOOL. OFFICERS OBSERVED A TENT, ALONG WITH PERSONAL PROPERTY ON THE WEST SIDEWALK OF MAIN JUST NORTH OF WESTMINSTER AVE IN VIOLATION OF 41.18 (E) LAMC.
INCIDENT #240902002574 RD 1431.

**INVESTIGATION:**

ON SEPTEMBER 02, 2024, AT APPROXIMATELY 1450 HRS., OFFICERS OBSERVED A TENT ERECTED ON THE SIDEWALK, ALONG WITH PERSONAL PROPERTY ADJACENT TO THE TENT LOCATED ON THE WEST SIDE OF MAIN JUST NORTH OF WESTMINSTER AVE. THE TENT AND PROPERTY WERE LOCATED APPROXIMATELY 75 FT. ACROSS THE STREET FROM WESTMINSTER ELEMENTARY SCHOOL. OFFICER CONTRERAS ADVISED ME THAT SHE RECOGNIZED THE TENT BELONGING TO SUBJECT JACOBS, DAVID, WHO HAS BEEN WARNED, CITED AND BOOKED ON 41.18 (E) LAMC– NO PERSON SHALL SIT, LIE, SLEEP, OR STORE USE, MAINTAIN, OR PLACE PERSONAL PROPERTY, IN OR UPON ANY STREET, SIDEWALK, OR OTHER PUBLIC PROPERTY WITHIN 500 FEET OF A SCHOOL OR DAY CARE CENTER.

OFFICER CONTRERAS AND I EXITED OUR PATROL VEHICLE AND APPROACHED THE SIDEWALK THAT HAD TWO ERECT TENTS. I APPROACHED JACOBS' TENT AND ADVISED JACOBS OF MY PRESENCE BY STATING "LAPD! PLEASE EXIT YOUR TENT." JACOBS ACKNOWLEDGED MY REQUEST AND STATED "YEAH, YEAH, YEAH. I'M COMING." BUT DID NOT EXIT THE TENT. I CONTINUED DEMANDING FOR JACOBS TO EXIT THE TENT AND LEAVE THE LOCATION SEVERAL MORE TIMES TO WHICH HE DID NOT. I HEARD AN UNKNOWN FEMALE'S VOICE YELLING AT ME FROM INSIDE THE TENT TO LEAVE THE LOCATION. NEITHER OF THEM FOLLOWED MY DIRECTION AND INSTEAD STAYED INSIDE THE TENT. FINALLY, JACOBS LIFTED THE FRONT FLAP OF THE TENT FROM THE INSIDE. INSTEAD OF EXITING THE TENT, JACOBS MADE EYE CONTACT WITH ME, STUCK HIS HAND OUT OF THE TENT AND POINTED WHAT APPEARED TO BE PEPPER SPRAY IN MY DIRECTION. JACOBS SPRAYED ME, AND I MOVED AWAY FROM IN FRONT OF THE TENT. JACOBS EXITED THE TENT AND CONTINUED TO SPRAY BOTH MYSELF AND OFFICER CONTRERAS. MY PARTNER AND I ATTEMPTED TO CLOSE IN ON JACOBS TO DETAIN HIM, BUT JACOBS RAN FROM US INTO THE STREET AND PEPPERED SPRAYED OUR PATROL VEHICLE ON THE DRIVER SIDE DOOR AND WINDOW. I REQUESTED A BACK UP TO HELP TAKE JACOBS IN CUSTODY AND OFFICER CHAVEZ #44702 (14Q11-W4) RESPONDED. JACOBS FLED THE LOCATION NORTHBOUND MAIN ST AND THEN WESTBOUND CLUBHOUSE.

**ARREST:**

JACOBS WAS TAKEN INTO CUSTODY AT OCEAN FRONT WALK AND PARK AVE BY 14C7 (OFFICER MARTIN# 40451, OFFICER MARROQUIN #41363 AND OFFICER PHAY #42212). 14Q34 (ESPINOZA #40418 AND OFFICER RIOS #45746) WALKED JACOBS TO A PATROL VEHICLE FOR TRANSPORT TO PACIFIC STATION. WHILE WALKING JACOBS TO THE PATROL VEHICLE, JACOBS MADE SPONTANEOUS STATEMENTS PERTAINING TO THIS ARREST TO OFFICER ESPINOZA. JACOBS STATED THAT HE SPRAYED OFFICERS WITH PEPPER SPRAY AND HE HAD A RIGHT TO DEFEND HIS PROPERTY. THOSE STATEMENTS ARE ON OFFICER ESPINOZA'S BWV. JACOBS WAS TRANSPORTED TO PACIFIC STATION BY 14Q42 (OFFICER TEONGNOI #40346 AND OFFICER GOSSARD #43326) WITHOUT INCIDENT AND BOOKED FOR 245 (C) PC ADW ON A PEACE OFFICER.

**BOOKING:**

JACOBS WAS PRE-BOOKED AT PACIFIC JAIL BY 14X18 (OFFICER RIVAS #41679 AND OFFICER OROZCO#4589) AND TRANSPORTED TO METROPOLITAN DETENTION CENTER. BOOKING #6876805.

**INJURY/MEDICAL TREATMENT:**

NONE

**PHOTO, RECORDING, DICV, BWV, DIGITAL, AND IMAGING:**

OFFICERS BWV WAS ACTIVATED DURING THE INCIDENT.

**EVIDENCE:**

NONE

**CANVASSING:**

14A67 (OFFICER URREA #41276 AND OFFICER LUTHER# 45771) INTERVIEWED TWO WITNESSES. OFFICERS CONTACTED DELPH, CLAY/ WITNESS 1. DELPH STATED THAT HE WAS IN THE DOG PARK AND SAW SUSPECT EXIT THE TENT YELLING AND SCREAMING AT THE OFFICERS. DELPH STATED THAT SUSPECT HAD SOMETHING IN HIS HAND THAT APPEARED TO LOOK LIKE A TASER AND WAS POINTING IT AT BOTH OFFICERS. ONE OF THE OFFICERS PULLED OUT THEIR TASER AND CHASED HIM NORTHBOUND MAIN ST.

GOTO, JUN/ WITNESS 2 WAS ALSO CONTACTED BY OFFICER UREA. GOTO STATED THAT HE'S KNOWN JACOBS FOR APPROXIMATELY 5 YEARS. GOTO HEARD OFFICERS SAY "DON'T SPRAY THAT IN MY CAR" THEN SAW JACOBS RUN NORTHBOUND MAIN ST. GOTO SAID "I COVERED MY EYES THROUGH MOST OF THE INCIDENT BECAUSE OF THE PEPPER SPRAY. GOTO STATED THAT JACOBS HAS MENTAL HEALTH ISSUES AND IS NOT NORMALLY SO VIOLENT.

Exhibit 1 - Page 2 of 3

ADDITIONAL:

I HAVE RECEIVED NUMEROUS COMPLAINTS FROM COMMUNITY MEMBERS WHO WALK THEIR CHILDREN TO SCHOOL ON MAIN AND PASS JACOBS AS HE IS USING NARCOTICS AND CONTINUES TO RESIDE ON THE SIDEWALK WITH HIS TENT AND PROPERTY ACROSS FROM WESTMINSTER ELEMENTARY. LAHSA OUTREACH WORKERS ARE AT THIS LOCATION EVERY THURSDAY AND I HAVE REQUESTED THE ASSISTANCE OF ST JOSEPH AND CIRCLE (CRISIS AND INCIDENT RESPONSE THROUGH COMMUNITY LED ENGAGEMENT) TO WHICH HE HAS DECLINED.

THE LOCATION (PUBLIC SIDEWALK) THAT JACOBS' RESIDES, AND THE STORAGE OF JACOBS' PROPERTY IS WITHIN 500 FT. OF WESTMINSTER ELEMENTARY. WITH NUMEROUS WARNINGS, CITES, AND OUTREACH, JACOBS CONTINUES TO REMAIN AT THE LOCATION EXPOSING STUDENTS OF WESTMINSTER ELEMENTARY TO CRIMINAL ACTIVITY AND QUALITY OF LIFE ISSUES.

DUE TO THE ONGOING REFUSAL TO LEAVE THE AREA AND NOT STORE PROPERTY WITHIN 500 FT OF A SCHOOL (WESTMINSTER ELEMENTARY) OFFICERS ARE RESPECTFULLY REQUESTING A STAY AWAY ORDER FROM THE LOCATION BELOW:

PARK AVE TO THE NORTH
5TH AVE TO THE EAST
WINDWARD AVE TO THE SOUTH
PACIFIC AVE TO THE WEST

COURT INFORMATION:

OFFICERS CAN TESTIFY TO THE CONTENTS OF THIS REPORT.

Exhibit 1 - Page 3 of 3