**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendant*, MONIQUE CONTRERAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>                Plaintiffs.<br><br>         v.<br><br>KAREN BASS, ERIC MICHAEL GARCETTI, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, KATY YAROSLAVSKY, IMELDA PADILLA, MONICA RODRIGUEZ, MARQUEECE-HARRIS-DAWSON, JOHN LEE, CURREN PRICE, HEATHER HUTT, TRACI PARK, HUGO SOTO-MARTINEZ, KEVIN DE LEON, TIM McOSKER, MONIQUE CONTRERAS, 1"DOE" BROWN, ONE HUNDRED UNKNOWN NAMED DEFENDANTS, 1-100,<br><br>                Defendants. | CASE NO. 2:24-cv-09320 DOC (MAAx)<br>*Assigned to: Hon. Judge David O. Carter, Ronald Reagan Cthse, Ctrm 10A; Hon. Mag. Maria A. Audero, Roybal Bldg, Ctrm. 880*<br><br>**DEFENDANT MONIQUE CONTRERAS'S REQUEST FOR JUDICIAL NOTICE AND EXHIBITS IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR "PARTIAL SUMMARY JUDGMENT ON ISSUES F EXCESSIVE FORCE AND OF MALIICIOUS PROSECUTION"**<br><br>[Filed concurrently with Opposition to Plaintiffs' Motion for Partial Summary Judgment; Objections to Statement of Uncontroverted Facts and Conclusions of Law and Additional Genuine Issues of Material Fact; Declaration of Eric Melendez and Exhibits; Notice of Lodging]<br><br>DATE:     June 2, 2025<br>TIME:     8:30 AM<br>CTRM:     10A |

1

**TO THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD HEREIN:**

Pursuant to Federal Rule of Evidence 201(b)(2), Defendant **OFFICER MONIQUE CONTRERAS** respectfully submits this Request for Judicial notice in support of her Opposition to Plaintiffs' Motion for Partial Summary Judgment on Issues of Excessive Force and Malicious Prosecution.

Defendant requests that this Court take judicial notice of the misdemeanor complaint and criminal court minute orders in *The People of the State of California v. David Jacobs*, Los Angeles County Superior Court Case No. 24ARCM04227-01, which are attached to the supporting Declaration of Ty A. Ford submitted concurrently herewith.

This Request for Judicial Notice is made pursuant to Rule 201 of the Federal Rules of Evidence as well as *Mack v. South Bay Beer Distributors, Inc.*, 798 F.2d 1279, (9th Cir. 1986); *Lee v. Cty of Los Angeles*, 250 F.3d 668, (9th Cir. 2001). This request for judicial notice will be based upon the attached Declaration of Deputy City Attorney Ty A. Ford and Exhibits; Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment on Issues f Excessive Force and Malicious Prosecution; the pleadings and records contained in the Court's file; and any other oral and documentary evidence presented to the Court at or before the time of the hearing on this Motion.

Dated: May 12, 2025  **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Ty A. Ford*
    TY A. FORD, Deputy City Attorney
*Attorneys for Defendant,* MONIQUE CONTRERAS

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Federal Rule of Evidence Rule 201(b)(2) allows a Court to take judicial notice of a fact that is not subject to reasonable dispute and is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. "Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known' under Rule 201(b)(1) or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned' under Rule 201(b)(2)." *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003).

A Court shall take judicial notice if requested by a party and the Court is supplied with the necessary information. Fed.R.Evid. 201(c)(2).

In addition, the court is empowered to take judicial notice of court files and records and other public records. *See Lee v. Cty of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

Based on the foregoing, the Court may take judicial notice of:

**Exhibit 5** - Copy of the Misdemeanor Complaint in the matter of *The People of the State of California v. David Jacobs*, Los Angeles County Superior Court Case No. 24ARCM04227-01.

**Exhibit 6** – Copy of the criminal court's minute order dated 09/04/24

**Exhibit 7** – Copy of the Mental Health Court minute order dated 09/18/24

**Exhibit 8** – Copy of the Mental Health Court minute order dated 10/02/24.

**Exhibit 9** – Copy of the Mental Health Court minute order dated 10/23/24.

Dated: May 12, 2025     **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: _____*Ty A. Ford*_____
TY A. FORD, Deputy City Attorney
*Attorneys for Defendant,* MONIQUE CONTRERAS

## DECLARATION OF TY A. FORD

I, TY A. FORD, declare as follows:

1. I am an attorney at law, duly licensed to practice law in all the courts of the State of California, including the Central District of California. I am employed as a Deputy City Attorney for the City of Los Angeles in the Police Litigation Section. I have personal knowledge of the information set forth below, except those things set forth on information and belief, and as to those things, I believe them to be true.

2. **Exhibit "5"** attached hereto is a true and correct copy of the Misdemeanor Complaint in the matter of *The People of the State of California v. David Jacobs*, Los Angeles County Superior Court Case No. 24ARCM04227-01.

3. **Exhibit "6"** attached hereto is a true and correct copy of the criminal court's minute order dated 09/04/24

4. **Exhibit "7"** attached hereto is a true and correct copy of the Mental Health Court minute order dated 09/18/24

5. **Exhibit "8"** attached hereto is a true and correct copy of the Mental Health Court minute order dated 10/02/24.

6. **Exhibit "9"** attached hereto is a true and correct copy of the Mental Health Court minute order dated 10/23/24.

I declare under penalty of perjury pursuant to the laws of the United States of America, and the State of California that the foregoing is true and correct.

Executed this 12th day of May 2025 at Los Angeles, California

                            *Ty A. Ford*
                        TY A. FORD, Declarant