# EXHIBIT 6

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Criminal Division
## Airport Dept. - 90

| | |
|---|---|
| 24ARCM04227-01 | September 4, 2024 |
| The People of the State of California vs. Jacobs, David | 8:30 AM |

Honorable Melissa R. Hammond, Judge
K. Ume, Judicial Assistant

Proceedings Electronically Recorded,
Court Reporter

---

PC148(a)(1), PC148(a), PC240-241(c), PC240-241(c), PC22810(g)(1), LA41.18(e)

**NATURE OF PROCEEDINGS:** Arraignment and Plea

The following parties are present for the aforementioned proceeding:

    Magdalena Mirisch-Krueger, Deputy Public Defender
    Frank Martinez JR, Los Angeles Deputy City Attorney

The Defendant's presence is waived pursuant to Penal Code section 977(a).

The matter is called for Arraignment and Plea.

The Defendant is advised of the right to be represented by an attorney at all stages of the proceedings.
The Defendant is referred for an appointment of counsel.

Public Defender's Office is appointed.

Defense counsel declares a doubt as to the Defendant's mental competence pursuant to Penal Code section 1368. Criminal proceedings are suspended.

A county approved psychiatrist is appointed pursuant to Evidence Code section 730 to examine the Defendant and prepare a report on the Defendant's current mental status within the meaning of Penal Code section 1368.

The Court orders the Los Angeles County Sheriff's Department to allow the appointed doctor(s) to have access to a laptop computer during the interview.

A packet of documents including a copy of the minute order declaring a doubt, a copy of the accusatory pleading (complaint, information, or citation), a copy of the arrest report, a copy of the bond (if the defendant is out of custody on bond), and a copy of Los Angeles County Pretrial Release Program form (LASC CRIM 302) (if the defendant is out of custody on Supervised Released Program) is ordered transferred to the Mental Health Division via the case management system or the Mental Health resource account within 24 hours of this order. A copy of the arrest report must be sent separately to the Mental Health Division via the Mental Health resource account.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
Criminal Division
Airport Dept. - 90

24ARCM04227-01                                                                                September 4, 2024

The People of the State of California                                                         8:30 AM
vs.
Jacobs, David

On Court's motion, 1368 PC Competency Hearing is set for **Wednesday, September 18, 2024,** at **8:30 AM** in **Hollywood Mental Health PC1368**.

Court sets bail in the amount of $10,000.00.
Defendant Remanded to Custody.

Remand order issued.