# EXHIBIT 7

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Mental Health Division
## Hollywood Courthouse Department 213

24ARCM04227-01
The People of the State of California
vs.
Jacobs, David

**September 18, 2024**
**8:30 AM**

Honorable Ronald Owen Kaye, Judge

D. Aoki, Judicial Assistant                     Maria DeLuna (#13986), Court Reporter(s)

---

**NATURE OF PROCEEDINGS:** 1368 PC Competency Hearing

The following parties are present in Court:

    Jonathan Michael Petrak, Deputy Public Defender
    Babak Bob Norouzi, Los Angeles Deputy City Attorney

Defendant is not present, custody miss-out.

---

The matter is called for hearing.

The Court has read and considered the report from Doctor David Stone, dated September 18, 2024. Said report is admitted in evidence by reference to the case file.

The Court finds that the Defendant is not presently mentally competent to stand trial within the meaning of Penal Code section 1370.01 and that they are not able to understand the nature of the proceedings taken against them and are not able to assist counsel in the conduct of a defense in a rational manner. Criminal proceedings remain adjourned.

The Court orders the above named person not to own, use or possess any dangerous or deadly weapons, including any firearms, knives or other concealable weapons.

A copy of the Prohibited Persons Notice and Power of Attorney for Firearms Relinquishment, Sale or Disposal Declaration form has been issued to the above named person/attorney pursuant to Welfare and Institutions Code Section 8103.

The Director of Office of Diversion and Reentry or its designee is ordered to prepare and submit a report to this Court on or before Wednesday, October 2, 2024, regarding the Defendant's eligibility for mental health diversion.

The Clerk is ordered to provide the admission packet to the treatment facility where the Defendant has been committed, four court days from this date.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

### Mental Health Division
### Hollywood Courthouse Department 213

**24ARCM04227-01**
**The People of the State of California**
**vs.**
**Jacobs, David**

**September 18, 2024**
**8:30 AM**

The Court sets a **Placement Hearing via video at 9:30 AM on October 2, 2024 at 8:30 AM in Hollywood Courthouse Department 213.**

David Jacobs is ordered to appear via video at the next hearing.

A copy of this minute order is electronically transmitted to the Los Angeles County Mental Health Agency and their designees via the Diversion Database in compliance with Code of Civil Procedure Section 1010.6.

Defendant Remains Remanded.