# EXHIBIT 8

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Mental Health Division
## Hollywood Courthouse Department 213

24ARCM04227-01
The People of the State of California
vs.
Jacobs, David

October 2, 2024
8:30 AM

Honorable Robert S. Harrison, Judge

J. Wright, Judicial Assistant               Maria DeLuna (#13986), Court Reporter(s)

---

**NATURE OF PROCEEDINGS:** Placement Hearing  Department of Health Services Report filed on 10/1/2024, by

The following parties are present in Court:

   Julianne Prescop, Deputy Public Defender
   Babak Bob Norouzi, Los Angeles Deputy City Attorney via Webex

 Defendant is not present.  Appearance is waived.

---

The matter is called for hearing.

Having met all the necessary criteria set forth in Penal Code Section 1001.36(B), the Court finds the Defendant is eligible and suitable for Mental Health Diversion.  The Defendant is ordered to comply with the treatment plan, including taking all medication prescribed by a doctor.

Mental Health Diversion is granted.

The Court having read and considered the written recommendation of the Department of Health Services or their designee made pursuant to Penal Code Section 1368, the Court orders that the Defendant is conditionally released to a representative of Office of Diversion and Reentry; Conditional Release number JH019824 written this date.

Disposition as to Count 001, PC148(a)(1), Misdemeanor: Diversion

Disposition as to Count 002, PC148(a), Misdemeanor: Diversion

Disposition as to Count 003, PC240-241(c), Misdemeanor: Diversion

Disposition as to Count 004, PC240-241(c), Misdemeanor: Diversion

Disposition as to Count 005, PC22810(g)(1), Misdemeanor: Diversion

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Mental Health Division
## Hollywood Courthouse Department 213

24ARCM04227-01
The People of the State of California
vs.
Jacobs, David

October 2, 2024
8:30 AM

Disposition as to Count 006, LA41.18(e), Misdemeanor: Diversion

The Los Angeles County Office of Diversion and Reentry and/or its designee are authorized to use restraints which are reasonable and necessary in the court of the Defendant's transportation and/or treatment

The Defendant is ordered to comply with the treatment plan as described by the Office of Diversion and Reentry and/or designees.  The Defendant is ordered to take all prescribed medications, shall not leave the program without permission, shall not consume illicit drugs, marijuana, or alcohol, and shall not possess dangerous or deadly weapons.  The Defendant is ordered to obey all laws, orders of the court and rules and regulations of the ODR designee.

Maximum Commitment Date is set at July 31, 2025.

The Court finds the Defendant has 76 days of actual custody credit and 0 days of good time/work time credit for a total of 76 days custody credit, which have not been deducted from the maximum commitment date.

The Court sets a **1368 PC Progress Report via video at 10 am on January 2, 2025 at 8:30 AM in Hollywood Courthouse Department 213.**

David Jacobs is ordered to appear via video at the next hearing.

The Director of Office of Diversion and Reentry or its designee is ordered to prepare and submit a report to this Court on or before Thursday, January 2, 2025, regarding the Defendant's progress.

Defendant Released.

Order for release issued.
JH019824

A copy of this minute order is electronically transmitted to the Los Angeles County Mental Health Agency and their designees via the Diversion Database in compliance with Code of Civil Procedure Section 1010.6.