# EXHIBIT 9

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Mental Health Division
## Hollywood Courthouse Department 213

24ARCM04227-01
The People of the State of California
vs.
Jacobs, David

October 23, 2024
8:30 AM

Honorable Ronald Owen Kaye, Judge

J. Wright, Judicial Assistant

Maria DeLuna (#13986), Court Reporter(s)

---

**NATURE OF PROCEEDINGS:** Further Proceedings

The following parties are present in Court:

    Robin Berkovitz, Deputy Public Defender
    Babak Bob Norouzi, Los Angeles Deputy City Attorney via Webex

Defendant is not present, custody miss-out.

---

The matter is called for hearing.

Mental Health Diversion is terminated.

Disposition as to Count 001, PC148(a)(1), Misdemeanor: Dismissed pursuant to Penal Code section 1385.

Disposition as to Count 002, PC148(a), Misdemeanor: Dismissed pursuant to Penal Code section 1385.

Disposition as to Count 003, PC240-241(c), Misdemeanor: Dismissed pursuant to Penal Code section 1385.

Disposition as to Count 004, PC240-241(c), Misdemeanor: Dismissed pursuant to Penal Code section 1385.

Disposition as to Count 005, PC22810(g)(1), Misdemeanor: Dismissed pursuant to Penal Code section 1385.

Disposition as to Count 006, LA41.18(e), Misdemeanor: Dismissed pursuant to Penal Code section 1385.

Defendant Released.

Order for release issued.
JH019860

---