# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 2:24-cv-09320-DOC-MAA                                                        Date: May 22, 2025

Title: People of City of Los Angeles Who Are Un-Housed et al v. Karen Bass et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Maria Barr for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER DENYING PLAINTIFF'S MOTION TO CONSOLIDATE AS MOOT [42]**

Before the Court is Plaintiff's Motion to Consolidate (Dkt. 42). Plaintiff moves for consolidation of the present case with Case No. 2:22cv-08010-DOC arguing that the two cases are "virtually identical." The cases, however, involve different facts and incidents taking place in different years. Also, since the filing of Plaintiff's Motion, Case No. 2:22cv-08010-DOC has been closed after the Court granted summary judgment for the Defendants in that case on May 14, 2025. *See* Order Granting Defendants' Motion for Summary Judgment (Dkt. 114), Case No. 2:22cv-08010-DOC. Therefore, the Court **DENIES** Plaintiff's Motion as moot.

The hearing on the Motion set for June 2, 2025, is **VACATED**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                 Initials of Deputy Clerk: kdu

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-09320-DOC-MAA                               Date: May 22, 2025

Page 2

CIVIL-GEN