**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendant*, MONIQUE CONTRERAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>Plaintiffs.<br><br>v.<br><br>KAREN BASS, ERIC MICHAEL GARCETTI, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, KATY YAROSLAVSKY, IMELDA PADILLA, MONICA RODRIGUEZ, MARQUEECE-HARRIS-DAWSON, JOHN LEE, CURREN PRICE, HEATHER HUTT, TRACI PARK, HUGO SOTO-MARTINEZ, KEVIN DE LEON, TIM McOSKER, MONIQUE CONTRERAS, 1"DOE" BROWN, ONE HUNDRED UNKNOWN NAMED DEFENDANTS, 1-100,<br><br>Defendants. | CASE NO. 2:24-cv-09320 DOC (MAAx)<br>*Assigned to: Hon. Judge David O. Carter, Ronald Reagan Cthse, Ctrm 10A; Hon. Mag. Maria A. Audero, Roybal Bldg, Ctrm. 880*<br><br>**DEFENDANT MONIQUE CONTRERAS'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>**[Fed. R. Civ. P. 56]**<br><br>*[Filed concurrently with Notice of Motion for Summary Judgment; Declarations of Monique Contreras and Eric Melendez w-Exhibits; Request for Judicial Notice w-Ford Decl and Exhibits; Notice of Lodging Flashdrive and [Proposed] Order]*<br><br>Date:             July 14, 2025<br>Time:             8:30 a.m.<br>Crtrm.:            10A<br><br>Trial Date:        May 12, 2026<br>Complaint Filed:  October 29, 2024 |

1

**TO ALL PARTIES AND TO THIS HONORABLE COURT:**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56-1, Defendant MONICA CONTRERAS ("Defendant") hereby submits her Separate Statement of Uncontroverted Facts and Conclusions of Law in support of her Motion for Summary Judgment, or Alternatively, Partial Summary Judgment.

## DEFENDANT'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

| **Undisputed Fact** | **Evidence** |
|---|---|
| 1. On September 2, 2024, Officer Contreras and Officer Brown and driving in a marked black and white police SUV. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:48:46[1] and 14:49:23; Declaration of Monique Contreras ("Contreras Dec.") at ¶ 3. |
| 2. Officer Contreras, who is shorter than Officer Brown, was wearing a full police uniform and a body-worn camera which captured part of the incident. | **Exhibit "2"** [BWV of Contreras]; **Exhibit "3"** [BWV of Chavez] at 14:52:44 and 14:54:05; Contreras Dec. at ¶ 3. |
| 3. Officer Brown also was wearing a full police uniform but was not wearing a body-worn camera. | **Exhibit "2"** [BWV of Contreras] at 14:48:59 to 14:50:38 and 14:55:40; **Exhibit "3"** [BWV of Chavez] at 14:52:44 and 14:55:40; **Exhibit "4"** [BWV of Espinoza] at 15:01:38 to |

---

[1] All times referenced from the Body Worn Videos ("BWV") are the military times indicated in the top right corner of each video.

2

|   |   | 15:01:51. |
|---|---|---|
|   | 4. Officer Contreras and Officer Brown observed Plaintiff's tent erected on a sidewalk within 500 feet of a school in violation of Los Angeles Municipal Code ("LAMC") section 41.18(e). | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "5"** [Criminal Complaint]; Contreras Dec. at ¶ 3. |
|   | 5. Officer Contreras recognized Plaintiff's tent and knew that he previously had been warned, cited and booked for violating LAMC section 41.18(e). | **Exhibit "1"** [Arrest Report], p. 2; Contreras Dec. at ¶ 3. |
|   | 6. The Officers parked and exited their police vehicle to investigate. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; Contreras Dec. at ¶ 4. |
|   | 7. The Officers approached Plaintiff's tent and asked him to exit his tent. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:48:50 to 14:50:35; Contreras Dec. at ¶ 4. |
|   | 8. However, Plaintiff opened the flap of the tent and sprayed them with pepper spray. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:50:36 to 14:50:56; **Exhibit "5"** [Criminal Complaint]; Contreras Dec. at ¶ 5. |
|   | 9. Plaintiff, who was wearing only shorts and no shirt, then ran from his tent and continued to pepper spray | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:50:55 to 14:51:30; **Exhibit "3"** |

3

| | |
|---|---|
| towards the officers as they tried to approach him. | [BWV of Chavez] at 14:52:51; **Exhibit "5"** [Criminal Complaint] ; Contreras Dec. at ¶ 6. |
| 10.   Plaintiff also ran into the street to their police vehicle and pepper sprayed it. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:51:31 to 14:51:39; **Exhibit "5"** [Criminal Complaint]; Contreras Dec. at ¶ 7. |
| 11.   The Officers requested back-up to assist. | **Exhibit "1"** [Arrest Report], p. 2; Contreras Dec. at ¶ 8. |
| 12.   Plaintiff then fled from the area and the Officers chased him on foot. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:52:43; **Exhibit "3"** [BWV of Chavez] at 14:52:48; Contreras Dec. at ¶ 9. |
| 13.   Additional officers responded and eventually took Plaintiff into custody. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras] at 14:53:12 to 14: xx; **Exhibit "3"** [BWV of Chavez] at 14:55:38; **Exhibit "4"** [BWV of Espinoza] at 14:56:29; Contreras Dec. at ¶ 10. |
| 14.   After he was taken into custody and prior to being transported from the scene, Plaintiff admitted that he sprayed the Officers with pepper spray. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "4"** [BWV of Espinoza] at 14:58:24 to 15:00:29. |
| 15.   Plaintiff was arrested for violating California Penal Code section 245(c) [assault with a deadly weapon | **Exhibit "1"** [Arrest Report], p. 2. |

4

| | | |
|---|---|---|
| 1 | on a peace officer]. | |
| 2-5 | 16. Plaintiff did not have any visible injuries on his person and no injuries were reported. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "4"** [BWV of Espinoza] at 14:56:29 to 15:05:33. |
| 6-10 | 17. Officer Contreras did not draw her police baton during the incident, and did not strike or make physical contact with Plaintiff. | **Exhibit "1"** [Arrest Report], p. 2; **Exhibit "2"** [BWV of Contreras]; **Exhibit "3"** [BWV of Chavez]; **Exhibit "4"** [BWV of Espinoza]; Contreras Dec. at ¶ 6, ¶ 11. |
| 11-23 | 18. On September 4, 2024, the City Attorney's Office filed a misdemeanor complaint, that is signed by the prosecuting Deputy City Attorney, against Plaintiff charging him with violations of California Penal Code sections 148(a)(1) [resisting, delaying or obstructing officer], 240/241(c) [assault on peace officer], 22810(g)(1) [unlawful use of tear gas] and LAMC section 41.18(e) [sitting/sleeping/lying on sidewalk within 500 feet of school/daycare]. | **Exhibit "5"** [Criminal Complaint]. |
| 24-26 | 19. Plaintiff appeared in court on September 4, 2024, for an arraignment and plea hearing. | **Exhibit "6"** [Criminal court minute order dated 09/04/24]. |
| 27-28 | 20. At the Arraignment hearing, | **Exhibit "6"** [Criminal court minute |

5

| | |
|---|---|
| Plaintiff's mental competency was called into question, the criminal proceedings were suspended, and a psychiatrist was appointed to evaluate Plaintiff's competency. | order dated 09/04/24]. |
| 21. The matter was then transferred to the state court's Mental Health Division for further proceedings. | **Exhibit "6"** [Criminal court minute order dated 09/04/24]; **Exhibit "7"** [Mental Health Court minute order dated 09/18/24]. |
| 22. After evaluation, the Mental Health Division granted Plaintiff diversion on all charges with certain mental health treatment conditions and ordered him conditionally released on October 2, 2024. | **Exhibit "8"** [Mental Health Court minute order dated 10/02/24]. |
| 23. All charges were ultimately dismissed pursuant to Penal Code section 1385 (interest of justice) on October 23, 2024. | **Exhibit "9"** [Mental Health Court minute order dated 10/23/24]. |
| 24. No LAPD police officers, including Officer Contreras, were involved in or had any input in the court process in any manner. | **Exhibit "5"** [Criminal Complaint]; Contreras Dec. at ¶ 12. |

///

///

///

## CONCLUSIONS OF LAW

1. Defendant Monique Contreras is entitled to judgment as a matter of law on Plaintiff's Claim 19, excessive force in violation of the Fourth Amendment per 42 U.S.C. Section 1983, because the undisputed evidence shows that Officer Contreras *never used any force* on Plaintiff. The Court has already made a finding of fact that Officer Contreras never used force on Plaintiff.

2. Defendant Monique Contreras is entitled to judgment as a matter of law on Plaintiff's Claim 20, malicious prosecution in violation of the Fourth Amendment per 42 U.S.C. Section 1983, because the undisputed evidence shows that there was probable cause for the Penal Code § 245(c) charge, and there is no evidence to show that Officer Contreras had any involvement in the filing of criminal charges. The Court has already made a finding of fact as to the probable cause for the charge.

3. Additionally, Defendant Monique Contreras is entitled to summary judgment based on the doctrine of qualified immunity.

Dated: June 13, 2025

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:   *Ty A. Ford*
   TY A. FORD, Deputy City Attorney
*Attorneys for Defendant,* MONIQUE CONTRERAS