# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>    Plaintiffs.<br><br>    v.<br><br>KAREN BASS, ERIC MICHAEL GARCETTI, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, KATY YAROSLAVSKY, IMELDA PADILLA, MONICA RODRIGUEZ, MARQUEECE-HARRIS-DAWSON, JOHN LEE, CURREN PRICE, HEATHER HUTT, TRACI PARK, HUGO SOTO-MARTINEZ, KEVIN DE LEON, TIM Mc OSKER, MONIQUE CONTRERAS, 1"DOE" BROWN, ONE HUNDRED UNKNOWN NAMED DEFENDANTS, 1-100,<br><br>    Defendants. | CASE NO. 2:24-cv-09320 DOC (MAAx)<br>*Assigned to: Hon. Judge David O. Carter, Ronald Reagan Cthse, Ctrm 10A; Hon. Mag. Maria A. Audero, Roybal Bldg, Ctrm. 880*<br><br>**[PROPOSED] JUDGMENT ON DEFENDANT MONIQUE CONTRERAS'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>**[Fed.R.Civ.Proc. 56]**<br><br>*[Filed concurrently with Notice of Motion for Summary Judgment; Separate Statement of Uncontroverted Facts and Conclusion of Law; Declarations of Monique Contreras and Eric Melendez w-Exhibits; Request for Judicial Notice w-Ford Decl and Exhibits; Notice of Lodging Flashdrive]*<br><br>Date:            July 14, 2025<br>Time:          8:30 a.m.<br>Crtrm.:        10A<br><br>Trial Date:     May 12, 2026<br>Complaint Filed:  October 29, 2024 |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Defendant Officer **MONIQUE CONTRERAS** brought her motion for summary judgment on July 14, 2025. After considering the motion, the separate statement of uncontroverted facts and conclusions of law, the declarations and evidence in support of the motion, the request for judicial notice, the opposition and reply papers, as well as the arguments of counsel, the Court finds that:

      1.    Defendant Monique Contreras is entitled to judgment as a matter of law on Plaintiff's Claim 19, excessive force in violation of the Fourth Amendment per 42 U.S.C. Section 1983, because the undisputed evidence shows that Officer Contreras never used any force on Plaintiff. The Court has already made a finding of fact that Officer Contreras never used force on Plaintiff.

      2.    Defendant Monique Contreras is entitled to judgment as a matter of law on Plaintiff's Claim 20, malicious prosecution in violation of the Fourth Amendment per 42 U.S.C. Section 1983, because the undisputed evidence shows that there was probable cause for the Penal Code § 245(c) charge, and there is no evidence to show that Officer Contreras had any involvement in the filing of criminal charges. The Court has already made a finding of fact as to the probable cause for the charge.

      3.    Additionally, Defendant Monique Contreras is entitled to summary judgment based on the doctrine of qualified immunity.

      For all these reasons, Defendant Monique Contreras's Motion for Summary Judgment is **GRANTED** as to all of Plaintiffs' remaining claims.

Dated:_____

_____
**Honorable David O. Carter**
**UNITED STATES DISTRICT JUDGE**