**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 / Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendant*, MONIQUE CONTRERAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>Plaintiffs.<br><br>v.<br><br>KAREN BASS, ERIC MICHAEL GARCETTI, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, KATY YAROSLAVSKY, IMELDA PADILLA, MONICA RODRIGUEZ, MARQUEECE-HARRIS-DAWSON, JOHN LEE, CURREN PRICE, HEATHER HUTT, TRACI PARK, HUGO SOTO-MARTINEZ, KEVIN DE LEON, TIM Mc OSKER, MONIQUE CONTRERAS, 1"DOE" BROWN, ONE HUNDRED UNKNOWN NAMED DEFENDANTS, 1-100,<br><br>Defendants. | CASE NO. 2:24-cv-09320 DOC (MAAx)<br>*Assigned to: Hon. Judge David O. Carter, Ronald Reagan Cthse, Ctrm 10A; Hon. Mag. Maria A. Audero, Roybal Bldg, Ctrm. 880*<br><br>**DEFENDANT MONIQUE CONTRERAS'S NOTICE OF NON-OPPOSITION TO THE DEFENSE MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY. PARTIAL SUMMARY JUDGMENT**<br><br>[Fed. R. Civ. P. 56]<br><br>Date:           July 14. 2025<br>Time:          8:30 a.m.<br>Crtrm.:         10A<br><br>Trial Date:        May 12, 2026<br>Complaint Filed:   October 29, 2024 |

**TO THIS HONORABLE COURT:**

1

Defendant MONIQUE CONTRERAS ("Defendant") files this Notice of Non-Opposition of Plaintiff to Defendant's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment because as of this date, Defendant has not received Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment (Dkt. 55 and associated documents filed therewith) scheduled for hearing on July 14, 2025, at 8:30 a.m. in Department 10A of the above-entitled court. Plaintiff's opposition was due on June 23, 2025.

Dated: June 30, 2025

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Ty A. Ford*
TY A. FORD, Deputy City Attorney
*Attorneys for Defendant,* MONIQUE CONTRERAS