# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles,<br><br>　　　　　Plaintiffs.<br><br>　　v.<br><br>KAREN BASS, ERIC MICHAEL GARCETTI, PAUL KREKORIAN, ROBERT BLUMENFIELD, NITHYA RAMAN, KATY YAROSLAVSKY, IMELDA PADILLA, MONICA RODRIGUEZ, MARQUEECE-HARRIS-DAWSON, JOHN LEE, CURREN PRICE, HEATHER HUTT, TRACI PARK, HUGO SOTO-MARTINEZ, KEVIN DE LEON, TIM Mc OSKER, MONIQUE CONTRERAS, 1"DOE" BROWN, ONE HUNDRED UNKNOWN NAMED DEFENDANTS, 1-100,<br><br>　　　　　Defendants. | CASE NO. 2:24-cv-09320 DOC (MAAx)<br>*Hon. Judge David O. Carter, Ronald Reagan Cthse, Ctrm 10A; Hon. Mag. Maria A. Audero, Roybal Bldg, Ctrm. 880*<br><br>**JUDGMENT ON DEFENDANT MONIQUE CONTRERAS' MOTION FOR SUMMARY JUDGMENT AND COURT'S DISMISSAL OF DEFENDANT "1 'DOE' BROWN"** |

Defendant MONIQUE CONTRERAS' ("Defendant Contreras") Motion for Summary Judgment was heard on July 14, 2025 before the Honorable David

1

O. Carter in Courtroom 10A of the Ronald Reagan Federal Building and United States Courthouse for the Central District of California. Deputy City Attorney Ty Ford represented Defendant Contreras. Stephen Yagman who represents Plaintiffs PEOPLE OF CITY OF LOS ANGELES WHO ARE UN-HOUSED, AS A CLASS REPRESENTED BY D. JACOBS, as representative of a class of unhoused persons who reside and resided in the streets and on the sidewalks of the City of Los Angeles ("Plaintiffs") did not make an appearance.

After considering the moving papers, Plaintiff's failure to file any opposition papers, all admissible evidence, the Court's file in this matter, and other matters presented to the Court, the Court GRANTED Defendant Contreras' Motion for Summary Judgment as to the remaining excessive force and malicious prosecution claims against Defendant Contreras. Pursuant to Federal Rule of Civil Procedure 4(m), the Court also dismissed Defendant "1 DOE BROWN" for Plaintiff's failure to serve Defendant Brown within 90 days of the filing of the Complaint and failure to prosecute the claims against Defendant Brown.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Defendant Contreras and Defendant Brown and against Plaintiffs on all remaining claims asserted in this action; that Plaintiffs recover nothing by reason of each and all their claims as set forth in the operative complaint against Defendant Contreras and Defendant Brown; and that the entire action be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 29, 2025

_David O. Carter_

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE